# FLORIDA SUPREME COURT

# NOTICE OF CORRECTION

**DATE:** February 17, 2022

**CASE OF:** IN RE: AMENDMENTS TO RULE 4-13.4 OF THE RULES OF THE SUPREME COURT RELATING TO ADMISSIONS TO THE BAR

**DOCKET NO.:** SC21-187

**OPINION FILED:** February 10, 2022

## ATTENTION:  ALL PUBLISHERS

**THE FOLLOWING CORRECTION HAS BEEN MADE IN THE ABOVE OPINION:**

On page 1, last line, "LL.M." was changed to LL.B."

**SIGNED:  OPINION CLERK**